# EXHIBIT A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF**

NAME  Mckensie                    Brittany                    Nicole
      ——————————                  ————————                    ————————
       Last Name                    First                      Middle

Signed by: [signature]
13C46ABBDC864D0...
**PLAINTIFF SIGNATURE**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF**

NAME  Robinson                    Dawna                         Jean Marie
      Last Name                   First                         Middle



PLAINTIFF SIGNATURE