| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-6114 |
|---|---|---|---|

Brittany McKensie and Dawna Robinson, on behalf of themselves and all others similarly situated,

*versus*

Wing Quarter, Inc.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Callie E. Dydo<br>McGillivary Steele Elkin LLP<br>1101 Vermont Ave. NW, Suite 1000<br>Washington, DC 20005<br>(202) 833-8855, ced@mselaborlaw.com<br>NY (#6228928)<br>See attachment for Federal Court Admissions |
|---|---|

| Name of party applicant seeks to appear for: | All Plaintiffs |
|---|---|

Has applicant been sanctioned by any bar association or court?    Yes _____    No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/23/2025 | Signed: *Callie Dydo* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____      _____
                                   United States District Judge

## ATTACHMENT

Callie E. Dydo is a member in good standing of the bars of the following federal courts:

| Court | Date of Admission |
| --- | --- |
| U.S. District Court for the Northern District of New York | 9/29/2025 |
| U.S. District Court for the District of Colorado | 11/14/2025 |
| U.S. District Court for the District of New Mexico | 10/17/2025 |
| U.S. Court of Federal Claims | 9/25/2025 |