UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-6114 |
|---|---|---|---|

Brittany McKensie and Dawna Robinson, on behalf of themselves and all others similarly situated,

*versus*

Wing Quarter, Inc.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David Ricksecker<br>McGillivary Steele Elkin LLP<br>1101 Vermont Ave. NW, Suite 1000<br>Washington, DC 20005<br>(202) 833-8855, dr@mselaborlaw.com<br>DC (#483019) and Virginia (#47333)<br>See attachment for Federal Court Admissions |
|---|---|

| Name of party applicant seeks to appear for: | All Plaintiffs |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes __  __  No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

Dated: 1/5/2026    Signed: /s/ David Ricksecker

The state bar reports that the applicant's status is:

Dated:    Clerk's signature

**Order**    **This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge

## ATTACHMENT

David Ricksecker is a member in good standing of the bars of the following federal courts:

| Court | Date of Admission |
|---|---|
| U.S. Supreme Court | 11/1/2010 |
| U.S. District Court for the District of Columbia | 1/10/2011 |
| U.S. Court of Appeals for the D.C. Circuit | 10/31/2014 |
| U.S. Court of Federal Claims | 4/2/2004 |
| U.S. Court of Appeals for the Federal Circuit | 10/12/2017 |