| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-6114 |
|---|---|---|---|

| Brittany McKensie and Dawna Robinson, on behalf of themselves and all others similarly situated, |
|---|
| *versus* |
| Wing Quarter, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Rachel B. Lerner<br>McGillivary Steele Elkin LLP<br>1101 Vermont Ave. NW, Suite 1000<br>Washington, DC 20005<br>(202) 833-8855, rbl@mselaborlaw.com<br>DC (#9001197)<br>See attachment for Federal Court Admissions |
|---|---|

| Name of party applicant seeks to appear for: | All Plaintiffs |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/5/2026 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

**Order**   This lawyer is admitted *pro hac vice*.

Dated: _____   _____
United States District Judge

## ATTACHMENT

Rachel B. Lerner is a member in good standing of the bars of the following federal courts:

| Court | Date of Admission |
|---|---|
| District of Columbia | 5/23/2022 |
| U.S. Court of Federal Claims | 9/22/2022 |
| U.S. District Court for the District of Columbia | 12/4/2023 |
| U.S. District Court for the Eastern District of Michigan | 10/21/2024 |