# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| **BRITTANY MCKENSIE and DAWNA ROBINSON, on behalf of themselves and all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**WING QUARTER, INC.,**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:25-cv-06114<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Ufuoma Edafetanure-Ibeh, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on January 2, 2026, at 3:00 pm. I delivered these documents to Wing Quarter, Inc. in Harris County, TX on January 5, 2026 at 11:25 am at 4432 Roseneath Dr, Houston, TX 77021-1617 by personal service by handing the following documents to an individual identified as Wing Quarter, Inc.

SUMMONS IN A CIVIL ACTION
COLLECTIVE ACTION COMPLAINT
EXHIBIT A, CONSENT TO SUE REQUEST TO BECOME PARTY-PLAINTIFF
CIVIL COVER SHEET
Order Setting Initial Conference
Civil Procedures
Joint Discovery
Order Setting Conference
Race: Black or African American, Sex: Male, Est. Age: Unknown, Hair: Unknown, Glasses: N, Est. Weight: Unknown, Est. Height: Unknown.
Geolocation of Serve: https://google.com/maps?q=29.7085260786,-95.3453152535
Photograph: See Exhibit 1

Total Cost: $190.00

My name is Ufuoma Edafetanure-Ibeh, I am 18 years of age or older, and my address is 310 Delmar St, C, Houston, TX 77011, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Harris County__ , __TX__ on __1/5/2026__ .

/s/ *Ufuoma Edafetanure-Ibeh*
Ufuoma Edafetanure-Ibeh
+1 (973) 873-2053
Certification Number: PSC-26269
Expiration Date: 4/30/2027



Exhibit 1a)