UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-6114 |
|---|---|---|---|

| Brittany McKensie and Dawna Robinson, on behalf of themselves and all others similarly situated, |
|---|
| *versus* |
| Wing Quarter, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Callie E. Dydo<br>McGillivary Steele Elkin LLP<br>1101 Vermont Ave. NW, Suite 1000<br>Washington, DC 20005<br>(202) 833-8855, ced@mselaborlaw.com<br>NY (#6228928)<br>See attachment for Federal Court Admissions |
|---|---|

| Name of party applicant seeks to appear for: | All Plaintiffs |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/23/2025    Signed: *Callie Dydo*

The state bar reports that the applicant's status is: Active

Dated: 12/31/2025    Clerk's signature: *R Hawkins*

### Order

Dated: 1/9/26

This lawyer is admitted *pro hac vice*.

_____
United States District Judge