United States District Court
Southern District of Texas
**ENTERED**
January 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-6114 |
|---|---|---|---|

Brittany McKensie and Dawna Robinson, on behalf of themselves and all others similarly situated,

*versus*

Wing Quarter, Inc.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Rachel B. Lerner<br>McGillivary Steele Elkin LLP<br>1101 Vermont Ave. NW, Suite 1000<br>Washington, DC 20005<br>(202) 833-8855, rbl@mselaborlaw.com<br>DC (#9001197)<br>See attachment for Federal Court Admissions |
|---|---|

| Name of party applicant seeks to appear for: | All Plaintiffs |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/5/2026 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 1/12/2026    Clerk's signature *[signature]*

### Order

This lawyer is admitted *pro hac vice*.

Dated: 1/13/26       *[signature]*
United States District Judge