United States District Court
Southern District of Texas
**ENTERED**
January 13, 2026
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-6114 |
|---|---|---|---|

Brittany McKensie and Dawna Robinson, on behalf of themselves and all others similarly situated,

*versus*

Wing Quarter, Inc.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David Ricksecker<br>McGillivary Steele Elkin LLP<br>1101 Vermont Ave. NW, Suite 1000<br>Washington, DC 20005<br>(202) 833-8855, dr@mselaborlaw.com<br>DC (#483019) and Virginia (#47333)<br>See attachment for Federal Court Admissions |

| Name of party applicant seeks to appear for: | All Plaintiffs |

Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/5/2026 | Signed: [signature] |

The state bar reports that the applicant's status is: **Active**

Dated: 1/12/2026 | Clerk's signature: [signature]

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 1/13/26

_____
United States District Judge