EMPLOYER COPY

Texas Workforce Commission
Labor Law Dept. Room 124T
101 East 15th Street
Austin, Tx 78778-0001

# TEXAS WORKFORCE COMMISSION

## PRELIMINARY WAGE DETERMINATION ORDER

Wage and Hour

January 14, 2026

CLAIMANT
BRITTANY MCKENSIE

32040131000180102

WING QUARTER INC
DBA WING QUARTER DAIQUIRIS & CREOLE KITCHEN
4432 ROSENEATH DR
HOUSTON TX 77021-1617

PAGE 1 OF 1 PAGES

Determination Number: 000648624
Wage Claim Number: 25 062488-3
Identification Number: XXX-XX-XXXX

WING QUARTER INC
DBA WING QUARTER DAIQUIRIS & CREOLE KITCHEN

An investigation having been completed, the following order is entered pursuant to Chapter 61 of the Texas Labor Code:

FINDINGS AND CONCLUSIONS

The claimant is entitled to $160.74 for unpaid wages. An employer may reduce the employee's salary but must notify the employee before initiating the reduction. Since the claimant was not immediately notified, the claimant is entitled to wages based upon the prior salary until the date the employer provided notification.

It has been determined that the employer acted in bad faith with regard to this claim. In addition to any wages determined due, the employer is also assessed an administrative penalty in the amount of $160.74.

ORDER

The employer,
WING QUARTER INC
,
is ORDERED to pay $160.74 for the use and benefit of the claimant, BRITTANY MCKENSIE, and shall remit the gross or net amount disbursement payable to the Texas Workforce Commission.

In addition, being found in violation of Chapter 61 of the Texas Labor Code, the employer is assessed an administrative penalty in the amount of $160.74 which is to be remitted to the Texas Workforce Commission.

Assigned Representative: MURR

DEFENDANT'S
EXHIBIT
A

M

(SEE REVERSE SIDE FOR ADDITIONAL INFORMATION)

## APPEALS

You have the right to appeal this determination order. Your appeal must be in writing. It must be filed no later than 21 days from the date this determination order was mailed in order to preserve administrative appeal rights. If you fax your appeal TWC must receive it no later than 21 days from the date the determination was mailed. TWC will use the date we receive the fax to determine whether your appeal is timely. If you file your appeal by fax, you should retain your fax confirmation as proof of transmission. If neither party files a timely appeal, this determination order becomes the FINAL ORDER of the Commission. Appeals should be mailed or faxed to:

**Appeals**
**Texas Workforce Commission**
**101 East 15th Street**
**Austin, Texas 78778-0001**
**Fax#: 512-463-9318**

Or

**You may appeal by**
**TWC's online appeal form**
**Go to www.twc.texas.gov/paydayappeal**

## ADMINISTRATIVE LIEN

Sec. 61.081 of the Labor Code provides that "A final order of the Commission against an employer indebted to the state for penalties or wages, unless timely appealed to a court, is a lien on all property belonging to the employer. The lien for an unpaid debt attaches at the time the order of the Commission becomes final."

## PAYMENTS

An employer who requests a hearing to contest this determination should not send payment. Should your appeal decision affirm that wages are due, follow the payment instructions provided with the appeal decision.

An employer who does not request a hearing to contest the determination order shall pay the amount ordered to the Commission not later than the 21st day after the date of mailing of the order. An employer shall make a net payment amount (balance after valid deductions that are authorized by state or federal law, and by court orders; such as but not limited to federal income tax witholding, social security, and child support) payable to the Texas Workforce Commission. Payment to the Commission constitutes payment to the employee for all purposes. To ensure proper processing please return the enclosed remittance slip, and deduction documentation with payment. You may contact the Commission for clarification on valid deductions.

## PENALTY

If the Commission determines that an employer acted in bad faith in not paying wages as required by this chapter, the Commission, in addition to ordering the payment of wages, may assess an administrative penalty against the employer.

If the Commission determines that an employee acted in bad faith in bringing a wage claim, the Commission may assess an administrative penalty against the employee.

## BOND

The Commission may require an employer to deposit a bond if the employer is convicted of two violations of this chapter or a final order of the Commission against an employer for nonpayment of wages remains unsatisfied after the 10th day after the date on which the time to appeal from that final order has expired and an appeal is not pending.

**Please provide the Wage and Hour Section written notification of any change in your address.**

**Texas Workforce Commission**
**Wage and Hour Section**
**101 East 15th Street**
**Austin, Texas 78778-0001**
**1-800 832-WAGE (9243) -- Fax#: 512-322-2885**

**For more information about the Texas Payday Law go to our web site at:**
**http://www.twc.texas.gov/jobseekers/texas-payday-law**

3204013100001802O2

## REMITTANCE SLIP

CLAIMANT

BRITTANY MCKENSIE
Identification Number: XXX-XX-XXXX
Wage Claim Number: 25 062488-3

EMPLOYER

WING QUARTER INC
Employer Account: 16-118388-1
Federal Entity ID: 81-4538045

If you agree that the claimed wages are due, and want to submit payment, send your cashier's check or U.S. postal money order to:

Texas Workforce Commission
Wage and Hour Division
P.O. Box 684483
Austin, TX 78768-4483

IMPORTANT -- **To insure proper handling enclose this sheet with your payment, and list deductions from gross amount, if any.**

Please provide the Wage and Hour Department written notification of any change in your address.

For additional information about the Texas Payday and how to respond to a wage claim go to our website at:

**http://www.twc.texas.gov/businessess/how-respond-wage-claim-under-texas-payday-law**

Please submit your response no later than 14 days after the date this response from was mailed to you.