**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| BRITTANY MCKENSIE and DAWNA ROBINSON on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Civil Action No. 4:25-cv-6114 |
| v. | |
| WING QUARTER, INC. | |
| Defendant. | |

**ORDER DENYING DEFENDANT WING QUARTER, INC.'S
<u>SELF-STYLED PLEA TO JURISDICTION</u>**

Before the Court is Defendant Wing Quarter, Inc.'s self-styled "Answer and Plea to the Jurisdiction," which, in effect, is a Motion to Dismiss Plaintiffs Brittany McKensie and Dawna Robinson's claims pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure ("Motion"). Having considered the Motion, the applicable law, the arguments of counsel, and all other supporting and opposing papers, the Court is of the opinion that the Motion should be and hereby is DENIED.

SIGNED this _____ day of _____, 2026.

_____
Honorable Andrew S. Hanen
United States District Judge