United States District Court
Southern District of Texas

**ENTERED**

March 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRITTANY MCKENSIE, et al. | § | CIVIL NO. 4:25-CV-06114 |
| | § | |
| WING QUARTER, INC. | § | |
| | § | |
| | § | |
| | § | |

## SCHEDULING ORDER

1. Trial:  Estimated time to try: \<ETT\> days        ☐ Bench    ☐ Jury

2. New parties must be joined by:                    6/18/26

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report       10/30/26
   furnished by:

4. The defendant's experts must be named with a report      11/30/26
   furnished by:

5. Discovery must be completed by:                   12/31/26

   *Counsel may agree to continue discovery beyond the deadline,*
   *but there will be no intervention by the Court.  No continuance*
   *will be granted because of information acquired in post-deadline*
   *discovery.*

6a. Dispositive Motions will be filed by:              2/1/27

6b. Responses due by:                                3/1/27

7. Non-Dispositive Motions will be filed by:          2/1/27

8. Parties will mediate the case by:                  1/14/27

9. Joint pretrial order is due:                        8/6/27

   *The plaintiff is responsible for filing the pretrial order on time.*

10. Pretrial Conference is set for **1:30 PM** on:      9/13/27

11. Trial is set for **9:00 AM** on:                   9/27/27
    *The case will remain on standby until tried.*

Signed on March 18, 2026, at Houston, Texas.

_____

Dena Hanovice Palermo
United States Magistrate Judge