IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRITTANY MCKENSIE | § | |
| | § | |
| VS | § | CIVIL ACTION NO. 4:25-6114 |
| | § | |
| DAWNA ROBINSON et al. | § | |
| | § | |

## NOTICE OF TELEPHONE HEARING

The Court hereby sets a telephone conference for Wednesday, June 10, 2026 at 1:00 PM. Instructions for calling are as follows:

| | |
|---|---|
| Telephone Number: | 571-353-2301 |
| Guest ID: | 879507616# |
| Passcode: | 741963# |

**NOTE:** **ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENT OF THIS NOTICE.**

Date: June 5, 2026                    Nathan Ochsner, Clerk of Court

By: R. Hawkins, Case Manager