United States District Court
Southern District of Texas

**ENTERED**
June 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRITTANY MCKENSIE AND DAWNA ROBINSON, | § § § | |
| *Plaintiffs,* | § § § | |
| VS. | § § | CIVIL ACTION NO.  4:25-CV-06114 |
| WING QUARTER, INC., | § § | |
| *Defendant.* | § | |

## SHOW CAUSE ORDER

On December 18, 2025, Plaintiffs Brittany McKensie and Dawna Robinson (collectively, "Plaintiffs") filed a Collective Action Complaint in this Court. (Doc. No. 1). On February 3, 2026, Defendant Wing Quarter, Inc. ("Defendant") filed an Original Answer and Plea to the Jurisdiction. (Doc. No. 13). Nevertheless, on March 18, 2026, Defendant's counsel failed to appeal at the scheduling conference. (Doc. No. 16). After the Plaintiffs requested a status conference with this Court due to lack of discovery responses from Defendant's counsel, on June 5, 2026, this Court issued a Notice of Telephone Hearing for June 10, 2026. (Doc. No. 18). Defendant's counsel again failed to appear.

The Defendant is hereby **ORDERED** to show cause to the Court by **July 3, 2026** as to why the Defendant's Original Answer and Plea to the Jurisdiction (Doc. No. 13) should not be struck from the record. If the Defendant does not comply with this Order, the Defendant's Original Answer and Plea to the Jurisdiction (Doc. No. 13) will be stricken.

It is so ordered.

Signed on this the ___10___ day of April 2026.

_____
Andrew S. Hanen
United States District Judge