

McGillivary
Steele
Elkin LLP

July 17, 2026

**VIA ECF**
Hon. Andrew S. Hanen
U.S. District Judge
United States Courthouse
515 Rusk Street, Room 9110
Houston, Texas 77002

Re:    *McKensie et al., v. Wing Quarter, Inc.*, Case No. 4:25-cv-6114

Dear Judge Hanen:

We represent the Plaintiffs in the above-referenced case and write in reference to this Court's Show Cause Order issued on June 10, 2026. Dkt. 19. Plaintiffs requested a pre-motion conference regarding Plaintiffs' anticipated motion to compel responses to Initial Discovery as required under this Court's protocols for FLSA cases. After Defendant's counsel failed to appear at the pre-motion conference on June 10, 2026, this Court issued a Show Cause Order, requiring Defendant to show cause as to why the Defendant's Original Answer and Plea to the Jurisdiction, Dkt. 13, should not be struck from the record. Defendant's response was due on July 3, 2026.

As of July 17, 2026, Defendant has failed to respond to the Show Cause Order. Plaintiffs now write to request that Defendant's Original Answer and Plea to the Jurisdiction be struck from the record, and that the Court order Defendant to respond to Plaintiff's Complaint within 14 days of the entry of this Court's Order. Should defendant still fail to respond, Plaintiffs anticipate moving for default judgment.

We thank the Court for its attention to this matter.

Sincerely,

McGillivary Steele Elkin LLP

David Ricksecker

cc:    All Counsel (via ECF)

(202) 833-8855 *Main* | (202) 452-1090 *Fax* | info@mselaborlaw.com Email | www.mselaborlaw.com
1101 Vermont Avenue NW, Suite 1000 | Washington, D.C. 20005