United States District Court
Southern District of Texas
**ENTERED**
July 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRITTANY MCKENSIE AND DAWNA ROBINSON, | § § § | |
| *Plaintiffs,* | § § | |
| VS. | § § § | CIVIL ACTION NO.  4:25-CV-06114 |
| WING QUARTER, INC., | § § § | |
| *Defendant.* | § | |

## ORDER

On December 18, 2025, Plaintiffs Brittany McKensie and Dawna Robinson (collectively, "Plaintiffs") filed a Collective Action Complaint in this Court. (Doc. No. 1). On February 3, 2026, Defendant Wing Quarter, Inc. ("Defendant") filed an Original Answer and Plea to the Jurisdiction. (Doc. No. 13). On March 18, 2026, Defendant's counsel failed to appear at the scheduling conference. (Doc. No. 16). After the Plaintiffs requested a status conference with this Court due to lack of discovery responses from Defendant's counsel, this Court issued a Notice of Telephone Hearing for June 10, 2026. (Doc. No. 18). Defendant's counsel again failed to appear. (Doc. No. 19).

On June 10, 2026, this Court then issued a Show Cause Order, ordering the Defendant "to show cause to the Court by **July 3, 2026** as to why the Defendant's Original Answer and Plea to the Jurisdiction (Doc. No. 13) should not be struck from the record." (Doc. No. 19). The Court admonished that "[i]f the Defendant does not comply with this Order, the Defendant's Original Answer and Plea to the Jurisdiction (Doc. No. 13) will be stricken." (*Id.*).

As of the date of this Order, which is long after the July 3, 2026 deadline, the Defendant has failed to comply with the Show Cause Order or otherwise participate in this lawsuit. Accordingly, as the Court warned in the Show Cause Order, the Court **STRIKES** Defendant's Original Answer and Plea to the Jurisdiction (Doc. No. 13) from the record. Nevertheless, the Court will permit the Defendant to file a First Amended Answer, if it so chooses, by **August 7, 2026**. If the Defendant does not file a First Amended Answer by that date, this Order striking the Defendant's Answer shall be final and the Court will not further consider this matter.

It is so ordered.

Signed on this the ___28th___ day of July 2026.

_____

Andrew S. Hanen
United States District Judge