**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

BRITTANY MCKENSIE, and
DAWNA ROBINSON, on behalf of
themselves and all others similarly situated,

Plaintiff,

v.

WING QUARTER, INC.,

Defendants.

Civil Action No. 4:25-cv-6114

**MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT**

Plaintiffs, Brittany McKensie, et al., ("Plaintiffs"), by and through the undersigned attorneys, submit this Motion for Clerk's Entry of Default pursuant to Federal Rule of Civil Procedure 55(a), and in support of this Motion state as follows:

1. On December 18, 2025, Plaintiffs filed the Complaint in the above-captioned action seeking redress for unpaid minimum wages, and for tips unlawfully withheld, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. Dkt. 1.

2. On January 5, 2026, Defendant Wing Quarter, Inc. was served with the Summons, Complaint, Exhibit A to the Complaint, a copy of the Court's Order Setting Initial Conference, and related papers as required by this Court's December 22, 2025, Order. Dkts. 5, 9.

3. Defendant's responses to the Complaint and appearances in this matter were due to be served by no later than January 26, 2026. Fed. R. Civ. P. 12(a)(1)(A)(ii); Dkt. 9.

4. Defendant filed its Original Answer and Plea to the Jurisdiction on February 3, 2026. Dkt. 13.

5. Defendant failed to respond to Plaintiffs' attempts to meet and confer regarding the Discovery and Case Management Plan under Fed. R. Civ. P. 26(f). Dkt. 16.

6. Defendant failed to appear at the Scheduling Conference on March 18, 2026. Minute Entry March 18, 2026.

7. After Plaintiffs requested a status conference with the Court due to lack of discovery responses from Defendant, on June 5, 2026, the Court issued a Notice of Telephone Hearing for June 10, 2026. Defendant's counsel again failed to appear. Dkts. 18, Minute Entry June 10, 2026.

8. On June 10, 2026, Judge Hanen issued a Show Cause Order requiring Defendant to show cause to the Court by July 3, 2026, as to why the Defendant's Original Answer and Plea to the Jurisdiction (Dkt. 13) should not be struck from the record. Dkt. 19.

9. Defendant failed to comply with the Show Cause Order or otherwise participate in the lawsuit. Dkt. 21.

10. On July 28, 2026, the Court struck Defendant's Original Answer and Plea to the Jurisdiction (Dkt. 13) from the record. Dkt. 21.

11. Defendant's First Amended Answer was due by August 7, 2026. Dkt 21.

12. As of the date of the filing of the instant Motion, 10 days have passed since the response deadline, and there has been no Amended Answer filed by the Defendant, nor has Defendant shown any intent to defend or otherwise participate in this litigation since its Original Answer and Plea to the Jurisdiction was struck from the record.

13. Fed. R. Civ. P. 55(a) states: "When a party against whom a judgment for affirmative relief is sought has failed to please or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk ***must*** enter the party's default." (emphasis supplied).

14. Accordingly, Plaintiffs now respectfully request that the Clerk enter a default against the Defendant.

15. After a default is entered, Plaintiffs will timely move for a default judgment in accordance with Fed. R. Civ. P. Rule 55.

WHEREFORE, Plaintiffs respectfully request the Clerk enter a default against Defendant Wing Quarter, Inc.

Dated: August 18, 2026

Respectfully submitted,

*/s/Matt Bachop*

Matt Bachop
Texas State Bar No. 24055127
DEATS, DURST & OWEN, P.L.L.C.
2901 Bees Caves Rd., Suite L
Austin, TX 78746
Tel: (512) 474-6200 x1005
Fax: (512) 474-7896
E-mail: mbachop@ddollaw.com

*Attorney-in-Charge for Plaintiffs*

*/s/ David Ricksecker*

David Ricksecker (*admitted pro hac vice)*
Rachel B. Lerner (*admitted pro hac vice)*
Callie E. Dydo *(admitted pro hac vice*)
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave. NW, Suite 1000
Washington, DC 20005
Tel: (202) 833-8855
Fax: (202) 452-1090
E-mail: dr@mselaborlaw.com
E-mail: rbl@mselaborlaw.com
E-mail: ced@mselaborlaw.com

*Of Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, David Ricksecker, an attorney admitted *pro hac vice* in this matter, certify that I caused Plaintiff's Motion for Clerk's Entry of Default Against Defendant to be filed with the Clerk of the Court through the Court's CM/ECF System on August 18, 2026, and I certify that I served such documents in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules by mailing certified copies through the U.S. Mail to the Defendant through its registered agent at the address set forth below on August 18, 2026, with proper postage prepaid:

Wing Quarter, Inc.
c/o Damon Kerrick Henny
4432 Roseneath Dr.
Houston, Texas 77021

*/s/ David Ricksecker*
David Ricksecker