**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Brittany McKensie, et al. | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 4:25−cv−06114 |
| | § | |
| | § | |
| Wing Quarter, Inc. | § | |

# Clerk's Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law:

Wing Quarter, Inc.

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

Date: October 29, 2026

Nathan Ochsner, Clerk
By: Antonio B. Banda
Deputy Clerk